AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TIMOTHY BAKSI,**

        **Plaintiff,**

**v.**

**JUDGMENT IN A CIVIL CASE**

**OHIO ADULT PAROLE AUTHORITY,**
        **Defendant.**

**CASE NO. C2-11-615**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the OPINION AND ORDER filed October 6, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: October 6, 2011                       JAMES BONINI, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                    (By) Andy F. Quisumbing
                                                    Courtroom Deputy Clerk